1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LUELENI FATONGI MAKA,                  )    NO. CV 08-7413 ODW (FMO)
                                            )
12                  Petitioner,             )
                                            )
13           v.                             )    **JUDGMENT**
                                            )
14   TERESER A. BANKS, Warden               )
                                            )
15                  Respondent.             )
                                            )
16   _____)

17          IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

18

19   DATED: January 23, 2009.

20

21                                               _____
                                                       OTIS D. WRIGHT II
22                                               UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28